UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00204-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: IN-PERSON HEARING** |
| XZAVIONE TAYLOR, | |
| Defendant. | |

IT IS HEREBY ORDERED that an **in-person** hearing on the Motion to Suppress (ECF No. 15) shall be conducted on **Friday, November 13, 2020 in Courtroom 3A, starting at 9:00 a.m.**

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- **ALL VISITORS TO THE COURTHOUSE WILL BE REQUIRED TO MAINTAIN A SOCIAL DISTANCE OF AT LEAST SIX FEET AND EITHER WASH THEIR HANDS OR USE HAND SANITIZER BEFORE ENTERING THE COURTROOM.**

- **IF A PROCEEDING IS INSIDE THE COURTROOMS, CHAIRS, TABLES, AND MICROPHONES THAT HAVE BEEN UTILIZED WILL BE CLEANED AFTER EACH PROCEEDING. COUNSEL MAY BRING DISINFECTANT WIPES TO CLEAN THE SURFACE AREAS UTILIZED TO THEIR OWN COMFORT LEVEL AS WELL.**

- **HEARING ATTENDEES MAY BRING AND WEAR PERSONAL PROTECTIVE EQUIPMENT INCLUDING FACE MASKS AND GLOVES OR OTHER PROTECTIVE COVERINGS.**

**IF YOU DO NOT FEEL WELL, CONTACT THE COURTROOM DEPUTY IMMEDIATELY TO RESCHEDULE THIS HEARING OR MAKE ARRANGEMENTS TO ATTEND IT REMOTELY. DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS SUCH AS A COUGH, FEVER, OR SHORTNESS OF BREATH, OR IF YOU HAVE BEEN IN CONTACT WITH ANYONE**

1  **WHO HAS BEEN RECENTLY DIAGNOSED WITH A COVID-19 INFECTION. REFER**
2  **TO TEMPORARY GENERAL ORDER 2020-02 AND 2020-08 FOR ADDITIONAL**
3  **COURTHOUSE-ACCESS POLICIES AND PROCEDURES.**

5  Dated this 23rd day of September, 2020

    _____
    ELAYNA J. YOUCHAH
    UNITED STATES MAGISTRATE JUDGE