Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

       Plaintiff,

    v.

Xzavione Taylor,

       Defendant.

Case No. 2:20-cr-00204-GMN-EJY

**First Stipulation to Continue Briefing Deadline**

On September 17, 2020, Taylor filed a suppression motion.  The government has filed its response, and this Court has scheduled the motion for an evidentiary hearing on November 13, 2020.  Taylor's reply to the government's response is currently due on October 8, 2020.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Defense counsel needs additional time to prepare the reply due to competing hearings and deadlines.  Therefore, the parties jointly request that Taylor have until October 13, 2020, to file his reply.  This timeline will ensure that the reply is filed at least 30 days before the currently scheduled evidentiary hearing so as not to cause scheduling issues.

DATED: October 5, 2020.

Rene L. Valladares                         Nicholas A. Trutanich
Federal Public Defender                    United States Attorney


*/s/ Erin Gettel*                          */s/ Stephanie Ihler*
By_____                  By_____

Erin Gettel                                Stephanie Ihler
Assistant Federal Public Defender          Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00204-GMN-EJY |
|    Plaintiff, | **Order Granting First Stipulation to Continue Briefing Deadline** |
|   v. | |
| Xzavione Taylor, | |
|    Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Taylor's deadline to file a reply to the government's response to the motion to suppress.

IT IS THEREFORE ORDERED that any reply to the government's response (ECF No. 20) to Taylor's motion to suppress (ECF No. 15) is due by October 13, 2020.

DATED: October 6, 2020.

_____
Elayna J. Youchah
United States Magistrate Judge

3