Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Xzavione Taylor,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00204-GMN-EJY<br><br>**Second Stipulation to Continue Briefing Deadline** |

　　　　On September 17, 2020, Taylor filed a suppression motion. The government has filed its response, and this Court has scheduled the motion for an evidentiary hearing on November 13, 2020. Taylor's reply to the government's response is currently due on October 13, 2020.

1  Defense counsel needs an additional day to prepare the reply brief due to a
2  Westlaw outage on the due date. Therefore, the parties jointly request that
3  Taylor have until October 14, 2020, to file his reply.

DATED: October 13, 2020.

| Rene L. Valladares | Nicholas A. Trutanich |
| Federal Public Defender | United States Attorney |

| */s/ Erin Gettel* | */s/ Stephanie Ihler* |
| By_____ | By_____ |
| Erin Gettel | Stephanie Ihler |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00204-GMN-EJY |
| Plaintiff, | **Order Granting Second Stipulation to Continue Briefing Deadline** |
| v. | |
| Xzavione Taylor, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Taylor's deadline to file a reply to the government's response to the motion to suppress.

IT IS THEREFORE ORDERED that any reply to the government's response (ECF No. 20) to Taylor's motion to suppress (ECF No. 15) is due by October 14, 2020.

DATED: October 14, 2020.

_____
Elayna J. Youchah
United States Magistrate Judge