UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00204-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| XZAVIONE TAYLOR, | |
| Defendant. | |

The Court is aware that Defendant has attempted to commit self-harm on two recent occasions while housed at the CoreCivic facility in Pahrump, Nevada. The Court is also informed that CoreCivic has understandably placed Defendant on constant suicide watch, which prevents a video conference visit by his counsel. An in-person hearing on Defendant's Motion to Suppress is currently set for Friday, November 13, 2020, starting at 9:00 a.m. Counsel for Defendant must have an opportunity to meet and speak with Defendant to prepare for the hearing and otherwise assess Defendant's ability to participate in his defense.

Accordingly,

IT IS HEREBY ORDERED that CoreCivic **shall** make Defendant available for a confidential video-conference meeting with his counsel **no later than November 5, 2020**. If requested by counsel, a second video conference meeting shall be arranged on a date **no later than November 12, 2020**. Each video conference shall last no more than one hour.

IT IS FURTHER ORDERED that, for Defendant's protection, the video-conference(s) **shall** take place in a room that allows Defendant to be observed through a window, but CoreCivic staff shall not be in the room with Defendant or otherwise be able to hear or listen to the conversation between Counsel and Defendant.

Dated this 30th day of October, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1