Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00204-GMN-EJY |
| Plaintiff, | **First Stipulation to Continue Briefing Deadline** |
| v. | |
| Xzavione Taylor, | |
| Defendant. | |

On December 21, 2020, the government filed its objection/appeal to the magistrate judge's report and recommendation, making Taylor's response due January 4, 2021.  Because the two-week response time included four court holidays, defense counsel requires additional time to respond.  The parties therefore request that Taylor's response deadline be continued for one day.

DATED: January 4, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Stephanie Ihler*<br>By_____<br>Stephanie Ihler<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Xzavione Taylor,<br><br>　　　　Defendant. | Case No. 2:20-cr-00204-GMN-EJY<br><br>**Order Granting First Stipulation to Continue Briefing Deadline** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Taylor's deadline to respond to the government's objection/appeal (ECF No. 47).

IT IS THEREFORE ORDERED that Taylor's response to the government's objection/appeal (ECF No. 47) is due by January 5, 2021.

**IT IS SO ORDERED.**

Dated this __4__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT