Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Xzavione Taylor,<br><br>　　　　Defendant. | Case No. 2:20-cr-00204-GMN-EJY<br><br>**First Stipulation to Continue Briefing Deadline (ECF No. 60)** |

Objections to the magistrate judge's second report and recommendation are due today, April 12, 2021. The defense requires additional time to prepare those objections. The parties therefore jointly request that the objection deadline be continued to April 14, 2021.

DATED: April 12, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Stephanie Ihler*<br>By_____<br>Stephanie Ihler<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Xzavione Taylor,<br><br>    Defendant. | Case No. 2:20-cr-00204-GMN-EJY<br><br>**Order Granting First Stipulation to Continue Briefing Deadline** |

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the deadline to file objections to the magistrate judge's report and recommendation.

    IT IS THEREFORE ORDERED that any objections to the report and recommendation (ECF No. 60) are due by April 14, 2021.

**IT IS SO ORDERED.**

Dated this 12 day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2