```
                    ___ FILED        ___ RECEIVED
                    ___ ENTERED      ___ SERVED ON
                                     COUNSEL/PARTIES OF RECORD

                         AUG 2 5 2021

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-204-GMN-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| XZAVIONE TAYLOR, | |
| Defendant. | |

This Court finds Xzavione Taylor pled guilty to Count One of a One-Count Criminal Indictment charging him with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 81; Plea Agreement, ECF No. 82.

This Court finds Xzavione Taylor agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 81; Plea Agreement, ECF No. 82.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Xzavione Taylor pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

    1. a Ruger LC9, 9mm pistol, bearing serial number 32285813; and

    2. any and all compatible ammunition

(all of which constitutes property).

1   This Court finds that on the government's motion, the Court may at any time enter
2  an order of forfeiture or amend an existing order of forfeiture to include subsequently
3  located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and
4  32.2(b)(2)(C).
5   This Court finds the United States of America is now entitled to, and should, reduce
6  the aforementioned property to the possession of the United States of America.
7   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
8  DECREED that the United States of America should seize the aforementioned property.
9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory
10 rights, ownership rights, and all rights, titles, and interests of Xzavione Taylor in the
11 aforementioned property are forfeited and are vested in the United States of America and
12 shall be safely held by the United States of America until further order of the Court.
13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that if the value of
14 the property is less than $1,000, the government may serve every person reasonably
15 identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P.
16 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).
17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual
18 or entity who claims an interest in the aforementioned property must file a petition for a
19 hearing to adjudicate the validity of the petitioner's alleged interest in the property, which
20 petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §
21 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's
22 right, title, or interest in the forfeited property and any additional facts supporting the
23 petitioner's petition and the relief sought.
24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
25 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
26 Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was
27 not sent, no later than sixty (60) days after the first day of the publication on the official
28 internet government forfeiture site, www.forfeiture.gov.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Daniel D. Hollingsworth
>   Assistant United States Attorney
>   James A. Blum
>   Assistant United States Attorney
>   501 Las Vegas Boulevard South, Suite 1100
>   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED  Aug 25 , 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE