```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          DEC 15 2021

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-204-GMN-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| XZAVIONE TAYLOR, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Xzavione Taylor to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Xzavione Taylor pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 81; Plea Agreement, ECF No. 82; Preliminary Order of Forfeiture, ECF No. 83.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The government could not reasonably identify any potential claimants for service in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1   This Court finds no petitions are pending regarding the property named herein and

2   the time has expired for presenting such petitions.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

4   all possessory rights, ownership rights, and all rights, titles, and interests in the property

5   hereinafter described are condemned, forfeited, and vested in the United States pursuant to

6   Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

7   924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of

8   according to law:

9   1. a Ruger LC9, 9mm pistol, bearing serial number 32285813; and

10   2. any and all compatible ammunition

11   (all of which constitutes property).

12   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property

13   shall be disposed of according to law.

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

15   copies of this Order to all counsel of record.

16   DATED ___Dee 15___, 2021.

17

18

19   GLORIA M. NAVARRO
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2