RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Xzavione Taylor

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>XZAVIONE TAYLOR,<br><br>        Defendant. | Case No. 2:20-cr-00204-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Xzavione Taylor, that the Revocation Hearing currently scheduled on November 29, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

    1.    Defense counsel needs additional time to meet with client and prepare for the final revocation hearing.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

1  This is the second request for a continuance of the revocation hearing.

2  DATED this 27th day of November, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ *Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00204-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| XZAVIONE TAYLOR, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 29, 2023 at 9:00 a.m., be vacated and continued to February 28, 2024 at the hour of 9:00 a.m.

DATED this 28 day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE