RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Xzavione Taylor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XZAVIONE TAYLOR,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00204-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Xzavione Taylor, that the Revocation Hearing currently scheduled on February 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Taylor has a pending, related indictment. The parties request the revocation hearing be continued to allow for potential resolution of both cases.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1. This is the third request for a continuance of the revocation hearing.
2. DATED this 23rd day of February, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

XZAVIONE TAYLOR,

    Defendant.

Case No. 2:20-cr-00204-GMN-EJY

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 26, 2024 at 10:00 a.m., be vacated and continued to May 29, 2024 at the hour of 9:00 a.m.

    DATED this 23 day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE